UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRISTIAN DIOR WOMACK | : | NO. 13-206-1 |

# O R D E R

**AND NOW**, this 22nd day of July, 2014, upon consideration of the numerous pretrial motions filed by the parties and the responses thereto, following a motions hearing and for the reasons stated on the record, it is hereby **ORDERED** that:

— Defendant's "Motion to Compel Discovery/To Remove Protective Order" (Doc. No. 69) is **DENIED as moot**;

— Defendant's "Motion to Set Bail" (Doc. No. 70) is **DENIED**, as it has been withdrawn by Defendant;

— Defendant's Motions to Dismiss the Indictment (Doc. Nos. 73, 78, 85) are **DENIED**;

— Defendant's Motions for Franks Hearing (Doc. Nos. 74, 80) are **DENIED**;

— Defendant's Motions to Suppress (Doc. Nos. 81, 114) are **DENIED**;

— Defendant's "Motion to Address Fraud on the Court" (Doc. No. 104) is **DENIED**;

— "Non-Party Google Inc.'s Motion to Quash Subpoena to Testify at a Hearing or Trial in a Criminal Case" (Doc. No. 125) is **GRANTED**; and

— "Government's Motion in Limine for a Determination that Records Qualify as Business Records Under Federal Rule of Evidence 803(6)" (Doc. No. 127) is **GRANTED**.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**